UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-22753-RAR

BARBARA BRUSKI,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of CRAIG P. LISZT of the law firm LIPCON, MARGULIES & WINKLEMAN, P.A., as counsel for the Plaintiff, BARBARA BRUSKI, in the above-styled cause. In furtherance thereof, the undersigned counsel requests that any and all pleadings or other matters pertaining to this cause be directed to him on behalf of the Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

    By: */s/ Craig Liszt*
          **CRAIG P. LISZT**

- 2 -

**SERVICE LIST**
*Bruski v. NCL (BAHAMAS) Ltd.*
**Case No. 1:25-cv-22753-RAR**

**Craig P. Liszt, Esquire**
cliszt@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
2800 Ponce De Leon Blvd, Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*